UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT



2004 JAN 30 P 4: 18

DISTRICT COURT
HARTFORD CT

DIRECTV, INC.
    Plaintiff

v.                    : CIVIL NO.: 3:03cv412(DJS)

ANTHONY POTAMITIS
    Defendant

### ORDER OF DISMISSAL

The case having been reported settled, the Court hereby orders, pursuant to Federal Rule of Civil Procedure 41(a)(2), that it be **dismissed without prejudice** to the plaintiff moving to reopen the case on or before **March 1, 2004**. If the plaintiff does not move to reopen the case on or before **March 1, 2004**, the dismissal of this action shall be **with prejudice**. This dismissal is without costs to either party. The Clerk is hereby directed to **close this case**.

**IT IS SO ORDERED.**

Dated at Hartford, Connecticut, this ___30th___ day of January, 2004.

                                           /s/DJS
                                           Dominic J. Squatrito
                                           United States District Judge

AO 72A
(Rev.8/82)